BEVERLY HERBERT *v.* STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTION, ET AL.
(AC 35121)

Gruendel, Lavine and Bear, Js.

Argued September 23—officially released October 29, 2013

Per Curiam. The decision is affirmed.

NORA LYNNE VALENTINE *v.* JOEL
ROBERT VALENTINE
(AC 35320)

DiPentima, C. J., and Gruendel and Peters, Js.

Argued October 10—officially released October 29, 2013

Per Curiam. The judgment is affirmed.

NATIONAL ASSOCIATION OF GOVERNMENT
EMPLOYEES *v.* CITY OF BRIDGEPORT
(AC 35092)

Beach, Alvord and Bear, Js.

Submitted on briefs October 11—officially released October 29, 2013

Per Curiam. The judgment is affirmed.